John P. Pringle, SBN 072300
6055 E. Washington Blvd. Ste 500
Los Angeles, CA  90040
Tel No. (323) 724-3117
Fax No. (323) 724-5410

Chapter 7 Trustee

**FILED & ENTERED**

**DEC 27 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY craig      DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>NATHAN BERT GLADNEY and DOREEN ANN GLADNEY,<br><br>　　　　　Debtors. | Case No. 6:09-bk-27608-SC<br><br>Chapter 7<br><br>**ORDER DISALLOWING CLAIM NO. 2**<br><br>Hearing<br>Date:　　December 19, 2018<br>Time:　　11:00 a.m.<br>Place:　　Video Hearing Room 126<br>　　　　　3420 Twelfth Street<br>　　　　　Riverside, CA 92501 |

　　　　Having reviewed and considered the Chapter 7 Trustee's Motion regarding Claim No. 2 [Dk. 41] ("Objection") and Notice of Motion [Dk. 42] filed on September 17, 2018, the Supplemental Brief filed on November 14, 2018 [Dk. 52] ("Supplemental Brief"), the Proof of Service filed December 3, 2018 [Dk. 56], and the Notice of Hearing filed December 5, 2018 [Dk. 57], the Court finds good cause to enter the following order:

　　　　**IT IS ORDERED** that the Objection, as modified by the Supplemental Brief, is sustained.

/ / /

/ / /

/ / /

/ / /

/ / /

1

    **IT IS FURTHER ORDERED** that Claim No. 2 filed by the County of San Bernardino, Office of the Tax Collector is disallowed and is not entitled to a dividend from the Bankruptcy Estate.

Date: December 27, 2018

Scott C. Clarkson
United States Bankruptcy Judge

2